DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-06-00231-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

AARON
GOLDEN,   §          APPEAL FROM THE 273RD

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

RODNEY
GOLDEN,

APPELLEE   §          SHELBY
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant Rodney Golden has filed a motion to dismiss
this appeal.  In his motion, Golden
states that the parties have reached an agreement to settle and compromise
their differences and that he no longer wishes to prosecute his appeal.  A copy of the motion has been sent to all
counsel of record.  Because Golden has
met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the
motion is granted, and the appeal is dismissed.

Opinion
delivered January 31, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)